Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL CREDIT SERVICES, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 3:12-cv-02424-LAB-WMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 7th day of November, 2012.

By:   s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

1 | Filed electronically on this 7th day of November, 2012, with:

2 | United States District Court CM/ECF system

3 | And hereby served upon all parties

4 |

5 | Notification sent on this 7th day of November, 2012, via the ECF system to:

6 | Larry Alan Burns
Judge of the United States District Court
7 | Southern District of California

8 |

9 | By: s/Todd M. Friedman
     Todd M. Friedman